AO 243 (Rev. 10/07)                                                                                               Page 1

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **NORTHERN DISTRICT OF OHIO** |
|---|---|

| Name (under which you were convicted): **STEVEN WAYNE PUMPER** | Docket or Case No.: **1:09-CR-00317-SL** |
|---|---|

| Place of Confinement: **FCI Morgantown, P.O. Box 1000, Morgantown, WV 26507** | Prisoner No.: **32320-160** |
|---|---|

| UNITED STATES OF AMERICA | |
|---|---|
| V. | Movant (include name under which convicted) **STEVEN WAYNE PUMPER** |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:   **UNITED STATES DISTRCIT COURT, FOR THE NORTHERN DISTRICT OF OHIO, 2 SOUTH MAIN STREET, AKRON, OHIO 44303.**

   (b) Criminal docket or case number (if you know):   **1:09-CR-00317-SL**

2. (a) Date of the judgment of conviction (if you know):   **Nov of 2010**
   (b) Date of sentencing:   **December 04, 2013**

3. Length of sentence:   **97 months**

4. Nature of crime (all counts):

5. (a) What was your plea?  (Check one)
   (1) Not guilty ☐          (2) Guilty ☒          (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have?  (Check one)          Jury ☐          Judge only ☐

AO 243 (Rev. 10/07)                                                                                                          Page 2

7.   Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐               No ☒

8.   Did you appeal from the judgment of conviction?        Yes ☐              No ☒

9.   If you did appeal, answer the following:
     (a)  Name of court: _____
     (b)  Docket or case number (if you know): _____
     (c)  Result: _____
     (d)  Date of result (if you know): _____
     (e)  Citation to the case (if you know): _____
     (f)  Grounds raised: _____

     _____
     _____
     _____
     _____
     _____
     _____

     (g)  Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐          No ☐
          If "Yes," answer the following:
          (1)  Docket or case number (if you know): _____
          (2)  Result: _____

          _____
          (3)  Date of result (if you know): _____
          (4)  Citation to the case (if you know): _____
          (5)  Grounds raised: _____

          _____
          _____
          _____
          _____
          _____

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
     Yes ☐        No ☐

11.  If your answer to Question 10 was "Yes," give the following information:
     (a)  (1)  Name of court: _____
          (2)  Docket or case number (if you know): _____
          (3)  Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐    No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐    No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:    Yes ☐    No ☐

(2)   Second petition:    Yes ☐    No ☐

AO 243 (Rev. 10/07)                                                                                          Page 4

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

Ineffective assistance of counsel

_____

_____

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**       Prosecutorial Misconduct

The Government violated the Proffer Agreement

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Memorandum in support

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

   (1)  If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐       No ☐

   (2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

   (1)  Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☐       No ☒

   (2)  If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

_____

AO 243 (Rev. 10/07)

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

**GROUND TWO:**    Ineffective assistance of counsel

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Memorandum in support

_____

_____

_____

_____

_____

_____

AO 243 (Rev. 10/07)

**(b) Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☐

(2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

_____

**GROUND THREE:**        Ineffective assistance of counsel

Trial counsel failed to challenge Petitioner's sentence under the Sixth Amendment

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Memorandum in support _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

AO 243 (Rev. 10/07)                                                                                          Page 8

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

      Yes ☐     No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐     No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐     No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:**    Ineffective assistance of counsel

Speedy trial , plea of guilt and failure to file a notice of appeal.

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Memorandum in support

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 243 (Rev. 10/07)                                                                                    Page 9

**(b)  Direct Appeal of Ground Four:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

         Yes ☐     No ☐

    (2)   If you did not raise this issue in your direct appeal, explain why:

_____

_____

**(c)  Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

         Yes ☐     No ☐

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3)   Did you receive a hearing on your motion, petition, or application?

         Yes ☐     No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

         Yes ☐     No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

         Yes ☐     No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

_____

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

All ground have not previously been raise or presented in any federsl court
due to ineffective  assistance of counsel

_____

_____

_____

_____

_____

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?         Yes ☐        No ☒
      If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

_____

_____

_____

_____

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

      (a)  At the preliminary hearing:     Schwartz, Downey. Co, L.P.A.
      801  Terminal Tower,  50 Public Square, Cleveland, Ohio 44113.  Brian Downey
      (b)  At the arraignment and plea:    Same

      (c)  At the trial:        Same

      (d)  At sentencing:       Same

(e) On appeal: _____**None   no notice of appeal was filed**_____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?        Yes ☒        No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐        No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes ☐        No ☒

AO 243 (Rev. 10/07)                                                                                           Page 12

18.   **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_28 U.S.C. § 2255(f)(2), (f)(3) and (f)(4). See Memorandum in support_

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1)  the date on which the judgment of conviction became final;
   (2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 10/07)                                                                                     Page 13

Therefore, movant asks that the Court grant the following relief:   Vacate my Satence & Restitution
Order. As Set Forth in Enveprnied Memmdum.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on _____

(month, date, year)

Executed (signed) on ___3 - 2 - 16_____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____
_____
_____